UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 90-14023-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

JAMES BUDDY WILLIAMS,

    Defendant(s).
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER came before the Court upon Defendant's Motion to Dismiss [137] filed August 4, 2008.

Magistrate Judge Lynch issued a Report and Recommendation dated dated October 30, 2008 [144]. The Report and Recommendation determined that Plaintiff's Motion should be denied.

UPON CONSIDERATION of the Report, Objections [145], Amendment [146] and the Government's Response [147] and after a *de novo* review of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Magistrate Judge Lynch's Report and Recommendation issued October 30, 2008 is **ADOPTED**. Defendant's Motion to Dismiss [137] is hereby denied.

DONE AND ORDERED in Chambers at Miami, Florida this 5th day of January, 2009.

                K. MICHAEL MOORE
                UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record